```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

 ESTATE OF COBI ALDOUS, ET AL   vs.  UNITED STATES OF AMERICA

BEFORE THE HONORABLE RALPH R. BEISTLINE - TELEPHONIC
CASE NO. 4:09-CV-00041-RRB

DEPUTY CLERK/RECORDER: JODY EVANS

APPEARANCES:    PLAINTIFF: MARK CHOATE - TELEPHONIC

                DEFENDANT: COLLEEN CONLIN - TELEPHONIC

PROCEEDINGS: HEARING ON MOTION FOR WITHDRAWAL OF COUNSEL (DKT 21)
             HELD FEBRUARY 17, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

Court and counsel heard re Plaintiff's Motion for Withdrawal of
Counsel (DKT 21); **GRANTED.**

Court and counsel heard re Summary Judgment, wreckage exam and
discovery.

Court ordered Mr. Choate to send notice to plaintiff stating his
withdrawal was granted, including Governments Motion to Dismiss
(DKT 14).

Court ordered Plaintiff to respond to Motion to Dismiss on or
before **March 17, 2011.**

At 9:10 a.m. court adjourned.

DATE: FEBRUARY 17, 2011          DEPUTY CLERK'S INITIALS: JAE

Revised 6/18/07