**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

ESTATE OF COBI ALDOUS, By
Its Personal Representative
Amy Aldous, et al
      Plaintiff,

Case Number 4:09-cv-00041-RRB

v.

United States of America,
      Defendant.      **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this Court lacks subject matter jurisdiction. This matter is DISMISSED.

APPROVED:

  s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

    APRIL 28, 2011
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    MARVEL HANSBRAUGH
Marvel Hansbraugh,
Clerk of Court

[409cv41RRB Judgment dismissing case dtd 4-21-11.wpd]{JMT2.WPT*Rev.3/03}